**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

YVES ANDRE JOURDAIN,

    Petitioner,

-vs-                                                   Case No.  8:06-CV-331-T-30MSS

ALBERTO GONZALES, U.S. Atty. Gen.;
MICHAEL CHERTOFF, Sec., U.S. Dep't
of Homeland Security; MICHAEL ROZOS,
Field Office Dir.; and DAVID WING, Officer in
Charge for Detention and Removal,
Bradenton Dist.,

    Respondents.
_____/

**ORDER**

Petitioner, a Bureau of Immigration and Customs Enforcement detainee proceeding *pro* se,[1] initiated these proceedings by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt.1). Petitioner alleges that he is being illegally detained pending removal from the United States.

The Court has reviewed its files and determined that the detention about which Petitioner complains was previously the subject of a petition for federal habeas relief in

---

[1] Petitioner is cautioned that although he is appearing *pro se*, he is required to comply with the Local Rules of the Middle District of Florida and the Federal Rules of Civil Procedure. Failure to do so could result in sanctions, including dismissal of his claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, you must also provide a self-addressed envelope with $3.95 postage affixed thereto. For your information, the Local Rules measure 8 ½" x 11" x ½". A copy of the Local Rules may be found in the Prison Law Library. They may also be found in <u>Florida Rules of Court</u> available from West Group, 620 Opperman Drive, St. Paul, Minnesota  55164. This book may also be available in the Prison Law Library.

Case No. 8:06-CV-127-T-23TGW.  That case was dismissed on January 27, 2006, as premature.  *See Zadvydas v. Davis*, 533 U.S. 678, 699-701 (2001).

Local Rule 1.04(a) provides, in pertinent part, as follows:

> Whenever a second or subsequent case seeking post conviction or other relief by petition for writ of habeas corpus is filed by the same petitioner involving the same conviction, it shall be assigned, or reassigned if need be, to the same judge to whom the original case was assigned.

ACCORDINGLY, the Court **ORDERS** that the **Clerk** shall reassign this case to The Honorable Steven D. Merryday pursuant to Local Rule 1.04(a) (M.D. Fla. 2004).

**DONE** and **ORDERED** in Tampa, Florida on April 5, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Petitioner *Pro Se*

SA:ro/jsh